JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIATRA YE'VETTE, an individual,<br><br>Petitioner,<br><br>vs.<br><br>JAMES RIVER INSURANCE COMPANY, an Ohio corporation,<br><br>Respondent. | Case No.: 2:17cv01584-MWF<br><br>[Assigned to the Hon. Michael W. Fitzgerald]<br><br>**STIPULATION AND ORDER TO DISMISS PETITION TO COMPEL ARBITRATION WITH PREJUDICE** |

Having considered the Stipulation of counsel and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the Petition to Compel Arbitration is hereby dismissed **with prejudice** pursuant to Fed.R.Civ.P. 41(b). Parties to bear their own attorney's fees and costs.

/ / /

IT IS SO ORDERED

Dated: June 12, 2017

_____
UNITED STATES DISTRICT JUDGE